GEORGE KETCHUM *versus* ALEXANDER L. HAYS, SANDS McCAMLY, AND .... JOHNSON. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Bill dismissed \*p. 87.
PAPERS IN FILE: [None]
*Chancery Case .... of ....*

 IN THE MATTER OF RICHARD M. YOUNG. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Writ of habeas corpus awarded, prisoner discharged \*p. 93.
PAPERS IN FILE: [None]

 WILLIAM C. PEASE *versus* GARDNER R. LILLIBRIDGE. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule for further return to certiorari \*p. 94; (2) rule for attachment for contempt \*p. 98.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) bond for certiorari; (3) writ of certiorari and return; (4) affidavit for further return; (5) copy of order for further return, proof of service; (6) bill of fees for serving rule; (7) copy of rule for attachment, proof of execution; (8) bill of fees for executing attachment; (9) bill of costs.
*1824–36 Calendar,* MS p. 238.

 OLIVER ROSE *versus* SOLOMON SIBLEY, SURVIVOR OF HIMSELF AND ANDREW G. WHITNEY, DECEASED. 

JOURNAL ENTRIES (1835): *Journal 5:* (1) Motion for rule for return to writ of error \*p. 95.
PAPERS IN FILE: (1) Affidavit and petition for writ of error, allocatur; (2) precipe for writ of error; (3) writ of error and return; (4) assignment of errors; (5) joinder in error; (6–8) briefs; (9) memo. of opinion.
*1824–36 Calendar,* MS p. 241.